COMMONWEALTH WATER COMPANY, Respondent, Appellant, v. JEWISH NATIONAL WORKERS' ALLIANCE OF AMERICA and CO-OPERATIVE CAMPS ASSOCIATION, INC., Appellants, Respondents, and JEWISH NATIONAL WORKERS' ALLIANCE INSTITUTE, INC., Defendant.— Cross-appeals by plaintiff and defendants Jewish National Workers' Alliance of America and Co-Operative Camps Association, Inc., from a judgment enjoining defendants from using upon their adjacent lands the waters of Cromwell lake, in the town of Woodbury, Orange county, except to the extent of an average of 6,000 gallons daily; awarding damages to plaintiff as compensation for previous excessive use; and declaring certain property owned by defendant, Jewish National Workers' Alliance of America, subject to the lien of a previous judgment obtained by plaintiff on a similar cause of action. Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

SANDRA COOPER, an Infant, by MIRIAM COOPER, Her Guardian ad Litem, and MIRIAM COOPER, Respondents, v. JOSEPH B. FALCONITE, Appellant, and LETTIE M. FALCONITE, Defendant.— Order denying motion of defendant Joseph B. Falconite for a stay of all proceedings until the costs in a previous action for the same cause shall have been paid, affirmed, with ten dollars costs and disbursements. The special circumstances present here justified the exercise of the Special Term's discretion. Appeal from order denying the appealing defendant's motion for a reargument dismissed. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.